**Anthony Fred MARTIN, Plaintiff–Appellant,**

v.

**William BYARS; Donald Lane, Defendants–Appellees.**

No. 15–6194.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Anthony Fred Martin, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony. Fred Martin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Byars,* No. 4:13–cv–03179–DCN, 2015 WL 404561 (D.S.C. filed Jan. 29 & entered Jan. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*